UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tammy Jo Brook,                                  Civil No. 14-813 (DWF/HB)

           Plaintiff,

v.                                              **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Carolyn Colvin,
Commissioner of Social Security,

           Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated March 6, 2015. (Doc. No. 21.) Defendant Carolyn Colvin, Acting Commissioner of Social Security, filed a Non-Objection Response to the Report and Recommendation on March 18, 2015. (Doc. No. 22.) No objections have been filed by the Plaintiff to that Report and Recommendation in the time period permitted.

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Hildy Bowbeer's March 6, 2015 Report and Recommendation (Doc. No. [21]) is **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment (Doc. No. [16]) is **DENIED**.

    3.      Defendant's Motion for Summary Judgment (Doc. No. [18]) is **GRANTED**.

    4.      Plaintiff's claims are **DISMISSED WITH PREJUDICE** (Doc. No. [4]).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   April 17, 2015        s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge